certiorari to the Circuit Court of Appeals for the Second Circuit granted. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Reuben D. Silliman, Sherwood E. Silliman, Russell C. Gay,* and *Charles H. Lawson* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Paul A. Sweeney, Richard H. Demuth,* and *Harry Leroy Jones* for the respondents.

No. 328. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ALABAMA ASPHALTIC LIMESTONE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* for petitioner.

No. 286. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SOUTHWEST CONSOLIDATED CORP. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Assistant Solicitor General Fahy* for petitioner. *Mr. A. Chauncey Newlin* for respondent.

No. 503. PALM SPRINGS HOLDING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas R. Dempsey* for petitioner. *Assistant Solicitor General Fahy* for respondent.

No. 248. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LERNER STORES CORPORATION (MD.). Octo-